## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**KRISTINA GARZA, et. al.**                                                             **PLAINTIFF**

**VS**                                **CIVIL ACTION NO.: 3:15-cv-158-HTW-LRA**

**JACKSON PUBLIC SCHOOL DISTRICT, et. al.**                    **DEFENDANTS**

### FINAL JUDGMENT

Before this court is the Defendants' Motion for Summary Judgment and Qualified Immunity [Docket No. 36]. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the Court finds that the motion of the Defendants is well taken and should be granted. This court is issuing an order contemporaneously with this judgment.

The court concludes that judgment should be entered in favor of the Defendants and against the Plaintiffs and that the Defendants should be awarded their costs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint be dismissed with prejudice in accordance with this court's Order Granting Summary Judgment.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed by the rules.

**SO ORDERED AND ADJUDGED**, this, the   30th    day of   September         , 2017.

                                                             s/  HENRY T. WINGATE
                                                             **UNITED STATES DISTRICT COURT JUDGE**